UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ACOSTA,

         Plaintiff,

   v.

PAM AHLIN,

         Defendant.

No. 2:15-cv-0497 DAD P

ORDER

     Plaintiff is in the custody of the California Department of State Hospitals pursuant to California's Sexually Violent Predators Act (SVPA), Cal. Welfare & Institutions Code §§ 6600, et seq. He has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis. Plaintiff has not submitted his in forma pauperis request on a proper form.

     Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

     Accordingly, IT IS HEREBY ORDERED that:

/////

1. Plaintiff's March 5, 2015 request for leave to proceed in forma pauperis is denied without prejudice.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: March 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
acos0497.3d