UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAM AHLIN,<br><br>    Defendant. | No. 2:15-cv-0497 DAD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed March 17, 2015, plaintiff was ordered to submit within thirty days a properly completed application for proceeding in forma pauperis.  Plaintiff was cautioned that failure to comply or seek an extension of time would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not has not filed an in forma pauperis application, has not paid the appropriate filing fee and has not sought an extension of time or otherwise responded to the court's order.  Therefore the court will recommend that this action be dismissed without prejudice.  See Federal Rule of Civil Procedure 41(b).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this action to a district judge.

IT IS RECOMMENDED that this action be dismissed without prejudice. Fed.R.Civ.P. 41(b).

////

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
acos0497.fifp