UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ACOSTA, | No. 2:15-CV-0497 WBS DAD P |
| Plaintiff, | |
| v. | ORDER |
| PAM AHLIN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a Notice of Withdrawal in which he requests that his action be dismissed without prejudice. (ECF No. 6.) The court construes plaintiff's notice as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), under which plaintiff's request is self-executing. That is, plaintiff dismissed this action without prejudice when he filed his notice, and no additional order of dismissal from this court is required. See Concha v. London, 62 F.3d 1493, 1506 (9th Cir.1995); Lee v. Pass, No. 2:10-cv-2220 TLN DAD P, 2013 WL 3872555 at *3 (E.D. Cal. July 25, 2013). However, the court will order that this case be closed.

/////
/////
/////
/////

1

1     Accordingly, IT IS HEREBY ORDERED that in light of plaintiff's voluntary dismissal of
2 this action in his notice of withdrawal (ECF No. 6), this action is closed.
3 Dated: July 17, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm/acos0497.59